IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CHRISMAN,

    Petitioner,                    No. CIV S-06-0827 GEB KJM P

    vs.

ROSANNE CAMPBELL, Warden, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

/////

1  2. If the response to the habeas petition is an answer, petitioner's reply, if any,
2 shall be filed and served within thirty days after service of the answer;

3  3. If the response to the habeas petition is a motion, petitioner's opposition or
4 statement of non-opposition to the motion shall be filed and served within thirty days after
5 service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days
6 thereafter; and

7  4. The Clerk of the Court shall serve a copy of this order together with a copy of
8 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
9 Senior Assistant Attorney General.

10 DATED: December 11, 2006.

_____
U.S. MAGISTRATE JUDGE

1/mp
chri0827.100(4.18.06)