IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CHRISMAN,

      Petitioner,                    No. CIV S-06-0827 GEB KJM P

    vs.

ROSANNE CAMPBELL, Warden, et al.,

      Respondents.              <u>ORDER</u>

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has filed a motion seeking leave to amend along with a proposed amended habeas application. Petitioner's request for leave to amend will be granted under Federal Rule of Civil Procedure 15(a).

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's December 12, 2006 request for leave to file an amended application for writ of habeas corpus is granted.

        2. Respondents are directed to file a response to petitioner's amended application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant

/////

1 | to the determination of the issues presented in the application.[1]  See Rule 5, Fed. R. Governing §
2 | 2254 Cases;
3 |     3. Petitioner's reply, if any, shall be filed and served within thirty days of service
4 | of an answer;
5 |     4. If the response to petitioner's application is a motion, petitioner's opposition
6 | or statement of non-opposition shall be filed and served within thirty days of service of the
7 | motion, and respondents' reply, if any, shall be filed within fifteen days thereafter.
8 | DATED:  April 5, 2007.

_____
U.S. MAGISTRATE JUDGE

[1] chri0087.100am(12-12-06)

---

[1]  To the extent such documents have already been filed in the original answer, respondents may cross-reference these exhibits rather than refiling them.

2